**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

Jeff Stutler, Appellant,

v.

South Carolina Farm Bureau Mutual Insurance Company d/b/a South Carolina Farm Bureau Insurance Companies, Dillon County Fire Department, and Bobby Lee Thompson, Defendants,

Of whom Dillon County Fire Department and Bobby Lee Thompson are Respondents.

Appellate Case No. 2010-179649

———————————

Appeal From Dillon County
Paul M. Burch, Circuit Court Judge

———————————

Unpublished Opinion No. 2012-UP-529
Submitted August 1, 2012 – Filed September 19, 2012

———————————

**AFFIRMED**

———————————

Daniel Nathan Hughey, of Hughey Law Firm, LLC, of Mount Pleasant, for Appellant.

C. Heath Ruffner, of Harris, McLeod & Ruffner, of Cheraw, for Respondent Dillon County Fire Department.

Andrew F. Lindemann and Daniel C. Plyler, both of
Davidson & Lindemann, P.A., of Columbia, for
Respondent Bobby Lee Thompson.

---

**PER CURIAM:** Affirmed[1] pursuant to Rule 220(b), SCACR, and the following authorities: *Williams v. Watkins*, 384 S.C. 319, 324, 681 S.E.2d 914, 916 (Ct. App. 2009) ("Relief under Rule 60(b)(1), SCRCP, lies within the sound discretion of the [trial judge] and will not be reversed on appeal absent an abuse of discretion." (internal quotation marks omitted)); *id.* ("An abuse of discretion arises where the judgment is controlled by an error of law or is based on factual conclusions that are without evidentiary support."); *Paul Davis Sys., Inc. v. Deepwater of Hilton Head, LLC*, 362 S.C. 220, 225, 607 S.E.2d 358, 360-61 (Ct. App. 2004) ("It is incumbent upon the party seeking relief pursuant to Rule 60(b)(1) to show the applicability of one of the qualifying grounds [of mistake or inadvertence].").

**AFFIRMED.**

**HUFF, THOMAS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.